UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                                           ORDER
          v.                                                            04-CR-189A

RICHARD MULLEN, et al.,

                    Defendants.

---

        Currently before the Court is a motion filed by defendant Richard Mullen for an enlargement of time to April 10, 2006 to file a memorandum of law/brief in support of defendant's appeal of the Magistrate Judge's Decision and Order.

        The Court hereby grants defendant's motion for an extension until April 10, 2006 to file objections to the Decision and Order.

        The delay until April 10, 2006 is excluded from the Speedy Trial Act computations pursuant to 18 U.S.C. § 3161(h)(1)(F).  Further, the Court finds that the delay should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(8)(A), because the ends of justice served by such a continuance outweigh the best interest of the public and the defendant in a speedy trial.  Such an adjournment will provide the defendant with an adequate opportunity to prepare objections to the Decision and Order, and at the same time, is not so long as to unduly delay the public's interest in a speedy trial.

IT IS SO ORDERED.

                                                    s/ Richard  J. Arcara
                                                    HONORABLE RICHARD J. ARCARA
                                                    CHIEF JUDGE
                                                    UNITED STATES DISTRICT COURT

DATED: March 13, 2006