Local Criminal Notice of Appeal Form.

## NOTICE OF APPEAL
### United States District Court

__Western__ District of __New York__

*FILED OCT 13 2009 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY*

UNITED STATES OF AMERICA

RICHARD MULLEN

Docket No.: __1:04 CR 00189-001__

__Richard J. Arcara__
(District Court Judge)

Notice is hereby given that __RICHARD MULLEN__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [__X__], other [____] _____
(specify)

entered in this action on __9/30/09__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date __10/9/09__
TO

__Leigh E. Anderson, Esq. & David J. Seeger, Esq.__
(Counsel for Appellant)

Address __69 Delaware Avenue__
__Suite 1100__
__Buffalo, New York  14202__

ADD ADDITIONAL PAGE (IF NECESSARY)

Telephone Number: __716-856-1536__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ **QUESTIONNAIRE** | ▶ **TRANSCRIPT ORDER** | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ] I am ordering a transcript<br>[✓] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[✓] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[ ] Sentencing _____<br>[ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ] Funds [ ]    CJA Form 24 [ ]

ATTORNEY'S SIGNATURE  *David Seeger*    DATE __10/9/09__

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05

## RICHARD MULLEN
## 10/9/09

### 1:04-CR-00189-001

### Western District of New York

### ATTACHMENT TO NOTICE OF APPEAL

Counsel for Defendant Richard Mullen has not ordered a transcript because a) counsel has not been retained by Mr. Mullen to represent him on appeal, b) upon information and belief, Mr. Mullen is eligible for a CJA-assigned attorney to represent him on the appeal and c) there was no trial of the issues.

_____
DAVID J. SEEGER, ESQ.
*Attorney for Defendant*
69 Delaware Avenue, Suite 1100
Buffalo, New York 14202
716-856-1536
david.seeger@davidseegerlaw.net